IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

KIMBERLY V. BAILEY,                          CASE NO.: 19-00197-DSC 13

DEBTOR.

**CONSENT ORDER CONDITIONALLY DENYING
RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

This matter was set for hearing on August 13, 2019, upon the Motion for Relief from the Automatic Stay and Co- Debtor Stay (hereinafter, "Motion for Relief") [Docket #38] filed by Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter, "Movant"), seeking relief from the automatic stay imposed by 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(a) as they relate to the enforcement of the mortgage lien against the real property located at 5704 Walnut Grove Rd, Birmingham, Alabama 35215-8524, and further described in the mortgage attached as Exhibit "A" of said Motion for Relief. Proper notice of the hearing was given and the Court having reviewed the pleadings, affidavit, and consent of all parties, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion for Relief from Stay is hereby CONDITIONALLY DENIED. The total post-petition arrearage due in relation to the mortgage in favor of Movant upon the property described above through the month of August 2019, subject to the further provisions of this Order.

2. Debtor shall file a Motion to Modify Plan for the total post petition delinquency owed to Movant through the month of August 2019 and shall be comprised of the following:

| Payments (7/19 – 8/19 at $1,098.10 per month) | $2,196.20 |
|---|---|
| Court Cost | $1,031.00 |
| Less Suspense | ($527.60) |
| Total Postpetition Arrearage | $2,699.60 |

3. Movant is granted leave of court to file a Supplemental Proof of Claim for the above postpetition arrearage, which said claim shall be paid one hundred percent (100%). The interest, if any, to be paid on the claim shall be stated on the face thereof. The Trustee shall be authorized to modify the Plan to pay said claim.

4. As adequate protection, Debtors shall resume the regular monthly payment due under the note and mortgage beginning September 2019 payment and continuing on the 1st day of each consecutive month thereafter. Should Movant fail to receive any future regular monthly payment, Movant is authorized to file a renewed Motion for Relief with the Court, and the matter shall return to the Court's docket for an expedited hearing.

**Dated: August 29, 2019**                    **/s/ D. Sims Crawford**
                                                D. SIMS CRAWFORD
                                                United States Bankruptcy Judge

This Order prepared by:

*/s/ Jackson E. Duncan, III*
Jackson E. Duncan, III
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
2 North 20th Street, Suite 1000
Birmingham, Alabama 35203
Phone:  (205) 443-0081
Email:  Jackson.Duncan@mccalla.com


This Order consented to by:

George Babakitis
Attorney for Debtor

Charles King,
Staff Attorney for
Bradford W. Caraway
Chapter 13 Standing Trustee